# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

              Respondent

        v.

DALE METZGER,

             Petitioner

No. 60 WM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Application to Exceed Word Count Limitation is **DENIED**.